IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DWAYNE C. REED, II,

    Petitioner,

  v.

ROBERT JACQUEZ, Warden,

    Respondent.
                             /

No. C 09-02994 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Petitioner, a state prisoner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In an Order dated March 5, 2010, after conducting a preliminary review of the petition, the Court found the record did not contain enough information to permit it to ascertain whether Petitioner's claims were exhausted for purposes of federal habeas corpus review.  The Court dismissed the petition and granted Petitioner thirty days to file an amended petition clarifying the nature and exhaustion status of all claims which he raised in his federal petition, or to suffer dismissal of the petition without prejudice  The Court also granted Petitioner's application for in forma pauperis status.

    More than thirty days have passed, and Petitioner has failed to file an amended petition. Accordingly, this action is DISMISSED without prejudice.  The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 4/12/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.09\Reed2994.Dis-AP.frm

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DWAYNE C. REED II,

        Plaintiff,

  v.

ROBERT JACQUEZ et al,

        Defendant.

Case Number: CV09-02994 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dwayne Curtis Reed F38402
California State Prison - Sacramento
P.O. Box 29-0066
Represa, CA 95671

Dated: April 13, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Reed2994.Dis-AP.frm   2